IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
DEC 04 2018

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Cr. No. 18-3988 JCH |
| vs. | ) ) | 18 U.S.C. §§ 1153 and 1112: Involuntary Manslaughter. |
| **JENNIFER NELSON,** | ) ) ) | |
| Defendant. | ) | |

## I N D I C T M E N T

The Grand Jury charges:

On or about October 16, 2016, in Indian Country, in McKinley County, in the District of New Mexico, the Defendant, **JENNIFER NELSON,** an Indian, unlawfully killed John Doe, by operating a motor vehicle without due caution and circumspection and with a wanton and reckless disregard for human life when she knew and should have known that her conduct imperiled the lives of others.

In violation of 18 U.S.C. §§ 1153 and 1112.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

_____ 11/28/2018 9:17 AM