UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

**United States of America,**

    Plaintiff,                                          No. CR-18-3988 JH

**vs.**

**Jennifer Nelson,**

    Defendant.

## SUPPLEMENT TO MOTION TO CONTINUE

COMES NOW, Attorney for Defendant has requested that the Court continue the trial set for February 11, 2019. The Court asked for further information. Defendant states:

1. This case arises out of an automobile accident. Defendant contends that none of her conduct caused the death that is the subject of the complaint.

2. In its factual disclosure, Plaintiff included an expert witness who was an accident reconstructionist. This expert will apparently testify that Defendant did cause the death.

3. Defendant believes that this report is flawed, but she will need an expert witness to contest this report. She has not been able to retain and bring up to speed an expert sufficiently to hold the trial on February 11, 2019.

4. In addition, there is a plea offer that may or may not be accepted by Defendant. Her ability to obtain the required expert testimony is necessary to evaluate the plea offer.

5. However, if the trial date is held as is, the prosecution is not going to be able to keep open the plea offer open because it will be required to engage in active trial preparation. Defendant does not want the plea to be withdrawn before she has fully reviewed what evidence she can present at trial.

6. The prosecution has not objected to a continuance on this basis.

DATED this 23rd day of January, 2019.

*The Law Offices of David R. Jordan, P.C.*

*/s/ David R. Jordan*
David R. Jordan
1995 State Road 602
PO Box 840
Gallup, New Mexico 87305
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Joseph Spindle
United States Attorney's Office
201 Third Street NW, Ste. 900
Albuquerque, NM  87102

*/s/ David R. Jordan*