UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO

# SENTENCING MINUTE SHEET

| | |
|---|---|
| CR No: 18-3988 JCH | USA vs. Nelson |
| Date: 5/28/19 | Name of Deft: Jennifer Nelson |

Before the Honorable Judith C. Herrera

| | | | |
|---|---|---|---|
| Time In/Out: | 12:03 – 12:24 | Total Time in Court **(for JS10):** | 21 min |
| Clerk: | E. Romero | Court Reporter: | Paul Baca |
| AUSA: | Joseph Spindle | Defendant's Counsel: | David Jordan |
| Sentencing in: | Albuquerque | Interpreter: | n/a |
| Probation Officer: | Beatrice Manzanares | Interpreter Sworn? | ☐ Yes ☐ No |

| | | | | |
|---|---|---|---|---|
| Convicted on: | ☒ Plea | ☐ Verdict | As to: ☐ Information | ☒ Indictment |
| If Plea: | ☒ Accepted | ☐ Not Accepted | Adjudged/Found Guilty on Counts: | |
| If Plea Agreement: | ☒ Accepted | ☐ Not Accepted | ☐ No Plea Agreement | Comments: |
| Date of Plea/Verdict: | 2/8/2019 | PSR: ☒ Not Disputed | ☐ Disputed | ☒ Courts adopts PSR Findings |
| Evidentiary Hrg: | ☒ Not Needed | ☐ Needed | ☐ Exceptions to PSR: | |

## SENTENCE IMPOSED

| | | | |
|---|---|---|---|
| Imprisonment (BOP): | 30 months | | |
| Supervised Release: | 2 years | Probation: | |
| REC ☐ 500-Hour Drug Program | ☒ Mandatory/Standard Conditions | Other: | |

## SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| ☒ | Participate in/successfully complete subst abuse program/testing | ☐ | Reside halfway house months days |
| ☐ | Participate in/successfully complete mental health program | ☐ | Register as sex offender |
| ☒ | Refrain from use/possession of alcohol/intoxicants | ☐ | Participate in sex offender treatment program |
| ☒ | Submit to search of person/property | ☐ | Possess no sexual material |
| ☒ | No contact with victim(s), victim's family and/or co-defendant(s) | ☐ | No computer with access to online services |
| ☐ | No entering or loitering near victim's residence | ☐ | No contact with children under 18 years |
| ☐ | Provide financial information | ☐ | No volunteering where children supervised |
| ☒ | Grant limited waiver of confidentiality | ☐ | Restricted from occupation with access to children |
| ☐ | Refrain from use and possession of synthetic cannabinoids, etc. | ☐ | No loitering within 100 feet of school yards |
| ☒ | No possession of a firearm, ammunition, destructive device or any other dangerous weapon | ☐ | Participate in an educational or vocational program approved by the Probation Officer |
| ☐ | Home Confinement for ___ months / ____ days | ☒ | Community service for 40 hours |
| ☐ | OTHER: | | |

| | | | |
|---|---|---|---|
| Fine: $ | -0- | Restitution: $ | -0- |
| SPA: $ | 100.00 | Payment Schedule: | ☒ Due Immediately ☐ Waived |

OTHER:

| | | | |
|---|---|---|---|
| ☐ | Advised of Right to Appeal | ☒ | Waived Appeal Rights per Plea Agreement |
| ☐ | Held in Custody | ☒ | Voluntary Surrender within 60 days or as otherwise notified by USMS |
| ☐ | Recommended place(s) of incarceration: | | |
| ☐ | Dismissed Counts: | | |

OTHER COMMENTS: Defense counsel addresses Court; Defendant addresses Court; Trisha Pete addresses Court; Government agrees with probation's calculations.