Page 1

July 20, 20

United States District Court
District of New Mexico
Honorable Judge Judith Herrera
Suite 270
333 Lomas Blvd. N.W
Albuquerque, NM    87102

Re: Request for consideration of section 602 -
    First Step Act or Second Chance Act

Your Honor,
Thank you for your time. I feel, due to my current situation, conflicted and sending this request is all I have left.
I started the RDAP program here at Phoenix Prison Camp in September of 2019. Our anticipated graduation date was June 5, 20. Due to the global pandemic, it was put on hold for two months, from April to June 4, 20, pushing our graduation date to July 21, 20. But on June 24, 20 we had staff test positive for COVID, halting our program once again. Since June 24, we have 20 inmates who are positive for COVID. We were informed that RDAP will not remain/continue for several months or until there's a vaccine available.

We are currently on a full lockdown with RDAP staff not allowed into the facility. I have 472 hours out of the required 500 hours to complete the program. Our DAP coordinator informed us she can provide us with a certificate indicating the amount of hours completed but we will not be RDAP graduates, but instead, RDAP incomplete. I was scheduled to release to halfway house on September 10, 20, but without the full completion of the 500 hours that will change.

This brings me to my request, for consideration of section 602 of the First Step Act: Home confinement for low risk for maximum amount of time permitted by law, or the Second Chance Act. Since my mother is caring for both my children for me and has a diagnosis of Idiopathic Pulmonary Fibrosis (in PSI). She has been secluding herself at home with my children since she is at risk - high risk for the COVID and severe complications. My concern is when school starts, my mother would have to expose herself to the virus. I have been the sole caretaker of my children up until I self surrendered here on July 24, 19. I remain the sole guardian, giving my mother power of attorney for medical/school needs.

Although I will not complete the RDAP program, I have learned a tremendous amount. About myself, lifestyle, alcohol use, coping skills, and what aspects in my life I neglected leading me to live an unbalanced life. I'm grateful for the opportunity to have taken the program. I have held jobs here as a GED tutor and unit orderly, and have been selected as a mentor in the RDAP program. I have included my most recent Program Review report. My case manager did inform me that my release date will change once it gets closer, since the date is currently under 3621E completion (RDAP).

After my indictment, I withdrew from UNM's nursing school, but changed my major and applied to UNM's Psychology program. After serving my time, releasing from here, I plan to continue my education to obtain my Psychology degree, emphasizing on domestic violence and addiction.

I understand these are strange times that the world is experiencing and appreciate your time, thank you again.

I have yet reached out to my attorney regarding this request but will let him know since I felt to request to you directly.

Sincerely,
Jennifer Nelson
USM/BOP number: 02362-151
Phoenix Prison Camp
37930 N. 45th Ave
Phoenix, AZ 85086

Case Number: 1:18CR03988-001 JCH
Attorney: David Jordan

# Individualized Needs Plan - Program Review   (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

SEQUENCE: 02169201
Team Date: 07-16-2020

Plan is for inmate: NELSON, JENNIFER   02362-151

| | |
|---|---|
| Facility: | PHX PHOENIX FCI |
| Name: | NELSON, JENNIFER |
| Register No.: | 02362-151 |
| Age: | 31 |
| Date of Birth: | 08-26-1988 |

Proj. Rel. Date: 03-08-2021
Proj. Rel. Mthd: 3621E CMPL
DNA Status: PHX09448 / 07-31-2019

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| PHX | DAP 0720 C | CAMP DAP 0720 TO 1100 | 09-06-2019 |
| PHX | PAPAGO ORD | PAPAGO UNIT ORDERLY | 10-02-2019 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| PHX | ESL HAS | ENGLISH PROFICIENT | 07-24-2019 |
| PHX | GED HAS | COMPLETED GED OR HS DIPLOMA | 07-24-2019 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| PHX | C | PARENTING CAMP | 09-25-2019 | 12-05-2019 |
| PHX | C | 7 HABITS OF HIGHLY EFFECTIVE P | 09-23-2019 | 12-05-2019 |
| PHX | C | WOMEN'S 21ST CENT WRKPLC IMPC | 09-23-2019 | 12-05-2019 |
| PHX | C | CERAMIC CLASS | 10-07-2019 | 12-03-2019 |
| PHX | C | BOOK CLUB | 09-17-2019 | 10-15-2019 |
| PHX | C | CP INDEPENDENT ASSESS | 09-02-2019 | 09-30-2019 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| ** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ** | |

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 08-29-2019 |
| CARE1-MH | CARE1-MENTAL HEALTH | 08-01-2019 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 07-09-2020 |
| REG DUTY | NO MEDICAL RESTR-REGULAR DUTY | 08-29-2019 |
| YES F/S | CLEARED FOR FOOD SERVICE | 08-29-2019 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP PART | RESIDENT DRUG TRMT PARTICIPANT | 06-04-2020 |
| ED EXEM | DRUG EDUCATION EXEMPT | 08-28-2019 |
| ELIGIBLE | 18 USC 3621 RELEASE ELIGIBLE | 09-06-2019 |

## FRP Details

Most Recent Payment Plan

| FRP Assignment: | COMPLT | FINANC RESP-COMPLETED | Start: 08-22-2019 |
|---|---|---|---|
| Inmate Decision: | AGREED | $50.00 | Frequency: MONTHLY |
| Payments past 6 months: | $0.00 | Obligation Balance: $0.00 | |

Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

---

# Individualized Needs Plan - Program Review   (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

SEQUENCE: 02169201
Team Date: 07-16-2020

Plan is for inmate: NELSON, JENNIFER   02362-151

## Most Recent Payment Plan

**Payment Details**

| | | | |
|---|---|---|---|
| Trust Fund Deposits - Past 6 months: | $1,302.00 | Payments commensurate ? | Y |
| New Payment Plan: | ** No data ** | | |

## Progress since last review

She has not completed the Release Preparation Program at this time. She was approved for a RRC date of 9/10/20.

## Next Program Review Goals

Complete the Release Preparation Program by 09/2020.

## Long Term Goals

As part of the RDAP program there are aftercare conditions and programming that you must complete at the halfway house. Abide by and complete the conditions and programming by your release date of 03/08/2021.

## RRC/HC Placement

Recommended Placement on date 09-10-2020.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources : There is a RRC in her release area that has the resources needed to help with her release needs.
- Offense : 30 months-Involuntary Manslaughter, Crime in Indian Country
- Prisoner : She will need RRC placement to gain employment, save money and re-establish community ties.
- Court Statement : The sentencing court did not make any recommendations regarding RRC placement.
- Sentencing Commission : The sentencing commission did not make any recommendations regarding RRC placement.

When appropriate, refer inmate Nelson for direct home confinement. She is a RDAP participant.

## Comments

** No notes entered **

DATE REVIEWED: 11-29-19

INSTITUTION: FPC PHOENIX     UNIT: PAPAGO
INMATE NAME: Nelson, Jean Fr.   REG NO: 03___-151

FIRST STEP ACT (Circle One):      **ELIGIBLE**  /  INELIGIBLE

RECIDIVISM RISK LEVEL (Circle One):   **MINIMUM**  LOW  MEDIUM  HIGH